**158**

tical. The judgment of the trial court is affirmed for the reasons set forth in that case.

375 P.2d 268

**EMPLOYMENT SECURITY COMMISSION**
of Arizona, Appellant,

v.

**UNITED STATES FIDELITY & GUARANTY COMPANY, Surety; and Aetna Casualty and Surety Company, Surety, et al., Appellees.**

No. 7385.

Supreme Court of Arizona,

En Banc.

Oct. 4, 1962.

Robert W. Pickrell, Atty. Gen., Richard J. Daniels, Asst. Atty. Gen., Phoenix, for appellant.

Moore & Romley, Phoenix, for appellee United States Fidelity and Guaranty Company.

Cavanagh & O'Connor, Phoenix, for appellee Aetna Casualty and Surety Company.

PER CURIAM.

This case was consolidated for hearing and decision with Employment Security Commission v. Fish, 375 P.2d 20 because

the issues involved in each case are identical. The judgment of the trial court is affirmed for the reasons set forth in that case.

375 P.2d 268

**EMPLOYMENT SECURITY COMMISSION**
of Arizona, Appellant,

v.

**BILL BAUM, GENERAL CONTRACTOR, INC., a New Mexico corporation; Western Casualty and Surety Company, Surety; and Trinity Universal Insurance Company, Surety, Appellees.**

No. 7382.

Supreme Court of Arizona,

En Banc.

Oct. 4, 1962.

Robert W. Pickrell, Atty. Gen., Richard J. Daniels, Asst. Atty. Gen., Phoenix, for appellant.

Shimmel, Hill, Kleindienst & Bishop, Phoenix, for appellee Western Casualty and Surety Co.

Moore & Romley, Phoenix, for appellee Trinity Universal Ins. Co.

PER CURIAM.

This case was consolidated for hearing and decision with Employment Security Commission v. Fish, 375 P.2d 20 because

the issues involved in each case are identical. The judgment of the trial court is affirmed for the reasons set forth in that case.

375 P.2d 269

**EMPLOYMENT SECURITY COMMISSION of Arizona, Appellant,**

v.

**MARYLAND CASUALTY COMPANY, Surety, Appellee.**

**No. 7412.**

Supreme Court of Arizona,

En Banc.

Oct. 4, 1962.

Robert W. Pickrell, Atty. Gen., Richard J. Daniels, Asst. Atty. Gen., Phoenix, for appellant.

Cavanagh & O'Connor, Phoenix, for appellee Maryland Cas. Co.

PER CURIAM.

This case was consolidated for hearing and decision with Employment Security Commission v. Fish, 375 P.2d 20 because the issues involved in each case are identical. The judgment of the trial court is affirmed for the reasons set forth in that case.

375 P.2d 364

**AMERICAN SMELTING & REFINING CO., and H. Crawford, Appellants,**

v.

**Nicholas D. WUSICH and Elizabeth S. Wusich, husband and wife, Appellees.**

**No. 7033.**

Supreme Court of Arizona.

En Banc.

Oct. 25, 1962.

